UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES O'HARA,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY et al.,<br><br>    Defendants. | Case No. 19-cv-02885-JD<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

Pro se plaintiff Frances O'Hara's complaint for tort, contract and discrimination claims arising from a failed college course and subsequent expulsion was dismissed with leave to amend. Dkt. Nos. 8, 16. O'Hara timely filed an amended complaint. Dkt. No. 18. Defendant Mahmood Monshipouri, the only defendant that has been served, moved to dismiss the amended complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 19. Under Civil Local Rule 7-3, O'Hara's response was due on October 30, 2019. No opposition has been filed.

O'Hara's amended complaint is nearly identical to her first complaint and did not address the problems discussed in the Court's prior orders. She again offers only conclusory allegations, without any facts to support the claims. *See* Dkt. Nos. 1-1, 18. She is also seriously late in filing an opposition to the pending motion to dismiss.

While the Court would be well within its discretion to terminate the case for these reasons, O'Hara will be afforded a final opportunity to get back on track. She is ordered to show cause in writing why the case should not be dismissed for failure to prosecute, and why defendant's motion to dismiss should not be granted. O'Hara's response is due by January 10, 2020. She is advised that a failure to meet this deadline will result in dismissal of the complaint and closure of the case

for failure to prosecute. Fed. R. Civ. P. 41(b). The hearing scheduled for December 19, 2019, is vacated.

**IT IS SO ORDERED.**

Dated: December 16, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCES O'HARA, | |
|---|---|
| Plaintiff, | Case No. 19-cv-02885-JD |
| v. | **CERTIFICATE OF SERVICE** |
| BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frances O'Hara
750 Ocean Avenue
Apt 4A
Brooklyn, NY 11226

Dated: December 16, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3